IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARTIN MCMICHAEL,

    Petitioner,

v.

WARDEN, HOCKING CORRECTIONAL FACILITY,

    Respondent.

CASE NO. 2:13-CV-230
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

## ORDER

On April 2, 2013, the Court denied Petitioner's request to proceed *in forma pauperis*, and directed him to submit the $5.00 filing fee within twenty-one days. Petitioner has failed to do so. This action therefore is **DISMISSED**.

**IT IS SO ORDERED.**

                                                   6-6-2013
                                       EDMUND A. SARGUS, JR.
                                       United States District Judge