AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MARTIN MCMICHAEL,**

        **Petitioner,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-CV-230**

**WARDEN, HOCKING**
**CORRECTIONAL FACILITY,**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

        **Respondent.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed June 6, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 6, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk