AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARTIN MCMICHAEL,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. 2:13-CV-230**

**WARDEN, HOCKING**      **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL FACILITY,**      **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Respondent.**

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed June 6, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 6, 2013          JOHN P. HEHMAN, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk